UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>Defendants. | Civil Action No. 24-2602 (ACR) |

## JOINT STATUS REPORT

Plaintiff Americans for Prosperity Foundation and Defendants U.S. Department of State ("State Department"), U.S. Immigration and Customs Enforcement ("ICE"), and U.S. Citizenship and Immigration Services ("USCIS"), by and through the undersigned counsel, respectfully submit this joint status report in response to the Court's October 24, 2024 Order.

1. This case concerns three Freedom of Information Act ("FOIA") requests submitted by Plaintiff, which seek various records concerning immigration programs involving foreign students—specifically, the Optional Practical Training ("OPT") program and STEM OPT extension for F-1 visa students, and the Early Career STEM Research Initiative, which facilitates the admission of exchange students under the J-1 visa pathway—and foreign entrepreneurs whose startups are likely to contribute to job creation in the United States. Compl. (ECF No. 1) ¶ 2.

Status of Plaintiff's FOIA Requests & Anticipated Number of Responsive Documents

2. The status of Plaintiff's requests is as follows:

   a. F-2024-14907. The State Department completed its search and did not identify any records responsive to the request. On November 20, 2024, the State Department sent a final response to the Plaintiff.

  b.  COW2024005260. USCIS completed its search and released all responsive, non-exempt records (1 Excel workbook consisting of three worksheets) without redaction on November 1, 2024.

  c.  2024-ICFO-46648. ICE completed its search for responsive documents and identified 15 Excel workbooks, with each consisting of six to seven Excel worksheets. ICE anticipates that it will send an interim release by the first week of December.

Whether an *Open America* motion for stay is likely

  3.  The Agencies do not anticipate filing a motion for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

Whether a *Vaughn* Index Will Be Required & a Proposed Briefing Schedule for Dispositive Motions

  4.  The parties aver that, because ICE is still processing Plaintiff's request, they are not in a position to inform the Court whether a *Vaughn* index is necessary. Once ICE completes its processing, and the parties have an opportunity to discuss all of the responses, the parties, if necessary, will be better situated to consider the need for a *Vaughn* index, or whether they can reach agreement on any outstanding legal issues. At that point, the parties will also be able to advise the Court as to the need for a briefing schedule for dispositive motions.

  5.  Consistent with Paragraph 5(d) of the Court's Standing Order, as referenced in the October 24, 2024 Minute Order, the parties shall file a further status report on or before March 25, 2025, updating the Court on the status of the Agency's processing.

Dated: November 20, 2024

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
D.C. Bar No. 1024362
AMERICANS FOR PROSPERITY
FOUNDATION
4201 Wilson Boulevard, Suite 1000
Arlington, VA 22203
Telephone: (571) 444-2841
rmulvey@afphq.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Joseph F. Carilli, Jr.*
JOSEPH F. CARILLI, JR.
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525

*Counsel for United States of America*

3