IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>   *Plaintiff*,<br><br>  v.<br><br>U.S. DEPARTMENT OF STATE, *et al.*,<br><br>   *Defendants*. | Civil Action No. 24-2602 (ACR) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT U.S. CITIZENSHIP & IMMIGRATION SERVICES**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Americans for Prosperity Foundation ("AFPF") and Defendants U.S. Department of State ("State"), U.S. Citizenship & Immigration Services ("USCIS"), and U.S. Immigration & Customs Enforcement ("ICE") hereby stipulate to the partial dismissal of this action with prejudice as against USCIS, with AFPF to bear its own costs, attorney fees, and expenses as to its claims against USCIS.

On November 1, 2024—after the filing of the Complaint, ECF No. 1, and the Defendants' Answer, ECF No. 10—USCIS issued its final determination and produced all responsive records without redaction. *See* Joint Status Report ¶ 2(b), ECF No. 11. AFPF and USCIS have conferred and reached agreement over the processing of AFPF's FOIA request, No. COW2024005260. Because there are no outstanding legal issues implicating USCIS's treatment of responsive records, the parties agree USCIS should be dismissed as a defendant. The dismissal of USCIS does not impact the remaining FOIA claims brought in this action against State and ICE.[1]

---

[1] *See U.S. v. All Assets Held at Bank Julius Baer & Co.*, 307 F.R.D. 249, 252 (D.D.C. 2014) ("Although the [Rule 41's] text refers to 'an action,' most federal courts agree that parties may

Dated: November 21, 2024

/s/ Ryan P. Mulvey
Ryan P. Mulvey
D.C. Bar No. 1024362

AMERICANS FOR PROSPERITY
FOUNDATION
4201 Wilson Boulevard, Suite 1000
Arlington, VA 22203
Telephone: (571) 444-2841
rmulvey@afphq.org

*Counsel for Plaintiff AFPF*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525

*Counsel for United States of America*

---

voluntarily dismiss from a case only certain defendants."); *Detroit Int'l Bridge Co. v. Gov't of Canada*, No. 10-0476, 2011 WL 6010230, at *2 (D.D.C. Dec. 1, 2011) (same); *Reetz v. Jackson*, 176 F.R.D. 412, 413 & 413 n.2 (D.D.C. 1997) (same).