# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) Civil Action No. 24-2602 (ACR) |
| U.S. DEPARTMENT OF STATE, *et al.*, | )<br>) |
| *Defendants*. | )<br>)<br>) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Americans for Prosperity Foundation ("AFPF") and Defendants U.S. Department of State ("State") and U.S. Immigration & Customs Enforcement ("ICE") hereby stipulate to the dismissal of this action with prejudice with each party to bear its own costs, attorney fees, and expenses.[1]

Dated: March 13, 2025                                             Respectfully submitted,

*/s/ Ryan P. Mulvey*                                                EDWARD R. MARTIN, JR.
Ryan P. Mulvey                                                         D.C. Bar #481866
D.C. Bar No. 1024362                                              United States Attorney

AMERICANS FOR PROSPERITY                            */s/ Joseph F. Carilli, Jr.*
FOUNDATION                                                          JOSEPH F. CARILLI, JR.
4201 Wilson Boulevard, Suite 1000                      Assistant United States Attorney
Arlington, VA 22203                                                601 D Street, NW
Telephone: (571) 444-2841                                   Washington, DC 20530
rmulvey@afphq.org                                                (202) 252-2525

*Counsel for Plaintiff AFPF*                                    *Counsel for United States of America*

---

[1] The parties previously stipulated partial dismissal of this action as against U.S. Citizenship & Immigration Services. *See* J. Stip. of Dismissal with Prejudice as to Def. U.S. Citizenship & Immigration Servs., ECF No. 12.